**Electronically Filed
Supreme Court
SCPW-17-0000337
31-MAY-2017
08:25 AM**

SCPW-17-0000337

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHAYNE MICHAEL MARTEN, Petitioner,

vs.

THE HONORABLE RICHARD T. BISSEN, JR., Judge of the Circuit Court of the Second Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Chayne Michael Marten's petition for writ of habeas corpus, filed on April 8, 2017, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

DATED: Honolulu, Hawaiʻi, May 31, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

